## WILLIAM R. BUSH CONSTRUCTION COMPANY, Respondent, v. WILLIAM W. WITHNELL et al., Appellants.

### St. Louis Court of Appeals, April 6, 1915.

William R. Bush Construction Company v. Withnell et al., ante, p. 33, followed.

Appeal from St. Louis City Circuit Court.—*Hon. W. B. Homer*, Judge.

AFFIRMED.

*E. T. & C. B. Allen* for appellants.

*Edward C. Kehr* for respondent.

NORTONI, J.—This is a suit on a special tax bill issued by the city authorities of St. Louis in favor of plaintiff on June 29, 1907, in the amount of $342.30, in compensation for the construction of a street, to the benefit of the property described. The facts are identical in all respects with those in the case of William R. Bush Construction Co. v. Withnell, *ante*, p. 33, except the tax bill is against a different lot of ground. The record is in all respects like that in the case mentioned. So, too, are the questions for consideration here and the argument which relates to them. This appeal is to be disposed of in accordance with the judgment given in the case above cited.

For the reasons stated in the opinion in that case, the judgment is affirmed. It is so ordered. *Reynolds, P. J.*, and *Allen, J.*, concur.